# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| AMERICAN SPIRIT AND CHEER ESSENTIALS, INC., et al., ) ) ) Plaintiffs, ) ) v. ) ) ) VARSITY BRANDS, LLC, et al., ) ) Defendants. ) | Case No. 2:20-cv-02782-SHL-cgc |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiffs' Class Action Complaint, (ECF No. 1), filed July 24, 2020,

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that, in accordance with this Court's Order Granting in Part and Denying in Part Defendants Bain Capital, LP, Charlesbank Partners, LLC, and Varsity Brands Holding Co., Inc's Motion to Dismiss, (ECF No. 141), all claims by Plaintiffs against Defendant Bain Capital, LP and against Defendant Charlesbank Partners, LLC, are hereby **DISMISSED WITH PREJUDICE**.

**APPROVED:**

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

October 28, 2021
Date